IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:03CR398 |
| | ) | |
| ROGER ERIC STRUBLE, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is a Joint Motion to Continue Hearing Date [54] for the previously scheduled initial appearance on the Petition for Summons for Offender Under Supervision [51]. Counsel request a continuance, and the probation officer recommends a continuance so defendant can attend out-patient treatment.

IT IS ORDERED:

1. That the Joint Motion to Continue Hearing Date [54] is granted; and

2. That the initial appearance on the Petition for Summons for Offender Under Supervision [51] is rescheduled for **December 19, 2005** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 11th day of August, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge