IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR398** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROGER ERIC STRUBLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion for dismissal, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a) (Filing No. 56).

Rule 48(a) relates to the dismissal of an indictment, information or complaint. This case involves a petition alleging a probation violation (Filing No. 51). Therefore, while Rule 48(a) is inapplicable, the Court will dismiss the petition pursuant to the government's request.

IT IS ORDERED:

1. The government's motion for dismissal (Filing No. 56) is granted; and

2. The Petition for Offender Under Supervision (Filing No. 51) is dismissed.

DATED this 20th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge